No. 518. UNITED STATES *v.* NORCOTT;
No. 519. SAME *v.* BENNETT;
No. 520. SAME *v.* PACKER;
No. 521. SAME *v.* CARROLL; and
No. 522. SAME *v.* NEEDHAM. November 20, 1933. Petition for writs of certiorari to the Circuit Court of

Appeals for the Seventh Circuit denied. *Solicitor General Biggs* and *Mr. Erwin N. Griswold* for the United States. *Mr. George I. Haight* for respondents.